**OLSEN, OLSEN & DAINES**
Attorneys at Law

ERIC W. OLSEN*
LARS H. OLSEN
REX K. DAINES*
KEVIN D. SWARTZ*
KEITH D. KARNES*
D. NEAL PETON
MATTHEW CASPER
MICHAEL P. FULLER
AARON RABIROFF
DWAYNE R. MURRAY, of counsel
*Licenced in OR and WA
MAIN OFFICE
1599 STATE STREET
P.O. BOX 12829
SALEM, OR 97309-0829

PORTLAND OFFICE
6950 SW HAMPTON, STE 112
*OR*
7300 NE GLISAN
TELEPHONE (503) 274-4252

BEND OFFICE
141 NW GREENWOOD, STE 100
TELEPHONE (541) 330-5044

kkarnes@olsendaines.com
Direct Dial: (503) 485-8123
Direct Fax: (503) 485-8175

February 17, 2010

Judge Ann Aiken
Wayne L. Morse US Courthouse
405 E. 8th Ave., Suite 2100
Eugene, OR 97401

Re:   *Eric L. Asplind v. Asset Acceptance, LLC*
Case No:   6:09-CV-6287-AA

Dear Judge Aiken,

This letter is to inform the court that the above captioned case has settled. I believe a 60-day order of dismissal should be sufficient for the parties to finalize the matter. If you have any questions or concerns please feel free to contact me.

Sincerely,

/s/ Keith D. Karnes

Keith D. Karnes
Attorney At Law

KDK:az

cc: Jeffery Hasson, Attorney for Defendant (via ECF)