UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

ERIC L. ASPLIND,

                **Plaintiff,**

     v.                                         Civil No. 09-6287-AA

ASSET ACCEPTANCE, LLC,

                **Defendant.**

## ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, without costs and with leave for good cause shown within sixty (60) days, to have the dismissal set aside and the action reinstated if the settlement is not consummated.

Dated: February 18, 2010.

                                        MARY L. MORAN, CLERK

                                        by *[signature]*
                                           Leslie Engdall, Deputy