**Keith D. Karnes**, Oregon State Bar ID Number 03352
kkarnes@olsendaines.com
Olsen, Olsen & Daines, LLC
3995 Hagers Grove Rd SE
P.O. Box 12829
Salem, OR  97309-0829
Telephone (503) 362-9393
Fax (503) 362-1375

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ERIC L. ASPLIND | Case No.   6:09-CV-6287-AA |
| Plaintiff, | |
| v. | |
| ASSET ACCEPTANCE, LLC. | STIPULATED JUDGMENT OF DISMISSAL |
| Defendant | |

Based upon a Settlement Agreement recorded by parties, Plaintiff and Defendant hereby stipulate to entry of a Judgment of Dismissal with prejudice and without costs and fees to any party.

IT IS HEREBY ORDERED that said Judgment of Dismissal with prejudice is hereby

//////

//////

//////

//////

//////

Page 1 - STIPULATED JUDGMENT OF DISMISSAL

entered without costs or attorney fees to any party.

    IT IS SO ORDERED this _____ day of _____, 2010.

_____
Honorable Ann Aiken
US District Court for the District of Oregon

So Stipulated:

/s/ Keith D. Karnes_____
Keith D. Karnes, OSB #03352
Attorney for Plaintiff


/s/ Jeffrey I. Hasson_____
Jeffrey I. Hasson, OSB #872419
Attorney for Defendant

Page 2 - STIPULATED JUDGMENT OF DISMISSAL